1  Jared T. Walker (SB#269029)
   2020 Capitol Avenue
2  Suite 7
   Sacramento, CA 95811
3  T: (916) 476-5044
   F: (916) 476-5064
4  jared@saclawoffices.com

5  Attorney for Plaintiff,
   AMY F. ELLIOTT
6

7                      IN THE UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9  AMY F. ELLIOTT,                    )   Case No. 2:15-cv-00569-KJN
                                       )
10         Plaintiff,                  )
                                       )   STIPULATION AND [PROPOSED]
11         v.                          )   ORDER FOR AN EXTENSION OF TIME
                                       )
12 CAROLYN W. COLVIN,                  )
   Commissioner of Social Security,    )
13                                     )
           Defendant.                  )
14                                     )
                                       )
15

16      IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17 that the time for Plaintiff to file her Motion for Summary Judgment be extended for 30 days until

18 October 21, 2015.  This is Plaintiff's first request for an extension of time to file her Motion for

19 Summary Judgment.  Despite due diligence, Plaintiff's counsel requires additional time to further

20 review the file and prepare Plaintiff's motion due to counsel's work load involving other deadlines

21 in unrelated matters during this time period.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION FOR EXTENSION OF TIME

The parties further stipulate that all other scheduling matters set forth in the Court's Scheduling Order will remain unchanged.

Dated: September 18, 2015        Respectfully submitted,

                                By:   /s/ *Jared Walker*
                                        Jared T. Walker,
                                        Attorney for Plaintiff

Dated: September 18, 2015        BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

                                By:   /s/ *Donna W. Anderson* *
                                        (*as authorized via email on 9/18/15)
                                        Donna W. Anderson,
                                        Special Assistant United States Attorney

### ORDER

APPROVED AND SO ORDERED:

Dated: September 21, 2015

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME