BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, CA 94105-1545
      Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
      E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| AMY F. ELLIOTT, | Case No. 2:15-cv-00569-KJN |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

    IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her Cross-Motion for Summary Judgment be extended for 30 days until December 21, 2015. This is Defendant's first request for an extension of time to file her Cross-Motion for Summary Judgment.  Defense counsel requires additional time to draft the government's

1

responsive pleading due to computer hardware and software problems requiring replacement and reconfiguration of equipment, as well as increasing work load during this time period. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date:  November 20, 2015          By:    /s/ *Jared Walker**
                                         Jared T. Walker,
                                         Attorney for Plaintiff
                                         (* By e-mail authorization on 11/20/15)


Dated: November 20, 2015          BENJAMIN B. WAGNER
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                                  By:    */s/ Donna W. Anderson*
                                         DONNA W. ANDERSON
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED:

Dated:  November 24, 2015

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE